IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-61-GCM

| | |
|---|---|
| ASHLEY C. COCKMAN,<br>            Plaintiff,<br>v.<br>CIRCLE K STORES, INC.,<br>            Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Tracey Tatum Barbaree** filed May 9, 2018 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Barbaree is admitted to appear before this court *pro hac vice* on behalf of Defendant, Circle K Stores, Inc..

**IT IS SO ORDERED.**

Signed: May 11, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge