# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:18-CV-61-GCM

| | |
|---|---|
| ASHLEY C. COCKMAN, ) | |
|         Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CIRCLE K STORES, INC., ) | |
|         Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** Due to the pending Motion for Summary Judgment in this matter, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **May 13, 2019.**

IT IS SO ORDERED.

Signed: January 29, 2019

Graham C. Mullen
United States District Judge