IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18cv61-GCM

| | |
|---|---|
| ASHLEY C. COCKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CIRCLE K STORES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon Defendant's Motion for Summary Judgment. A hearing was held on this motion on March 28, 2019. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: March 28, 2019

Graham C. Mullen
United States District Judge